IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :
:
    v.  : CRIMINAL NO. 07-cr-228-JF
:
CHUONG LAM  :

## ORDER

AND NOW, this 20th day of January 2010, IT IS ORDERED:

That the motion of Chuong Lam "to vacate the plea conviction and dismiss the indictment or correct sentence pursuant to 28 u.s.c. 22 55" is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.